JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NYLIFE SECURITIES LLC, | ) Case No. CV 21-6276 FMO (SKx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| ROLANDO SUAREZ, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Re: Pending Motion, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 29th day of December, 2021.

/s/
Fernando M. Olguin
United States District Judge